FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 15, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTT W. HUMPHREYS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NO NAMED DEFENDANT,<br><br>　　　　　　　　Defendant. | No: 2:25-CV-00032-MKD<br><br>ORDER DENYING CONSTRUED MOTION FOR RECONSIDERATION<br><br>**ECF No. 12** |

　　Before the Court is a construed Motion for Reconsideration filed by Plaintiff, an individual currently incarcerated at the Coyote Ridge Corrections Center. ECF No. 12. Plaintiff has also filed two supplements to his construed Motion. ECF Nos. 13, 14.

　　On April 3, 2025, the Court denied Plaintiff's request to proceed *in forma pauperis*, dismissed this action, and entered judgment without prejudice. ECF Nos. 10, 11. Plaintiff now appears to seek reconsideration of the judgment of dismissal, as he has filed a copy of the judgment with a variety of indecipherable assertions and notations included on the form. ECF No. 12 at 1.

ORDER - 1

A motion for reconsideration may be reviewed under either Federal Rule of Civil Procedure Rule 59(e) (motion to alter or amend a judgment) or Rule 60(b) (relief from judgment). *Sch. Dist. No. 1J, Multnomah Cnty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). "A district court may properly reconsider its decision if it '(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law.'" *Smith v. Clark Cnty. Sch. Dist.*, 727 F.3d 950, 955 (9th Cir. 2013) (quoting *School Dist. No. 1J*, 5 F.3d at 1263). "There may also be other, highly unusual, circumstances warranting reconsideration." *School Dist. No. 1J*, 5 F.3d at 1263.

In its Order to Show Cause, filed on February 20, 2025, the Court found that, according to the records of the United States District Court for the Western District of Washington, Plaintiff is no longer eligible to proceed *in forma pauperis* under 28 U.S.C § 1915(g).[1] ECF No. 9 at 1-2; *see O'Neal v. Price*, 531 F.3d 1146, 1153 (9th Cir. 2008); *see also Andrews v. King*, 398 F.3d 1113, 1116 n. 1 (9th Cir. 2005) (noting the "three strikes" terminology). Under this provision, *in forma pauperis* status is unavailable to prisoners who have "on 3 or more prior occasions,

---

[1] *Headwaters Inc. v. U.S. Forest Serv.*, 399 F.3d 1047, 1051 n.3 (9th Cir. 2005) ("Materials from a proceeding in another tribunal are appropriate for judicial notice.") (internal quotation marks and citation omitted).

ORDER - 2

1  while incarcerated or detained in any facility, brought an action or appeal in a court
2  of the United States that was dismissed on the grounds that it is frivolous,
3  malicious, or fails to state a claim upon which relief may be granted." 28 U.S.C. §
4  1915(g).

5  In its Order Denying Leave to Proceed *In Forma Pauperis* and Dismissing
6  Action, the Court found that Plaintiff failed to overcome the preclusive effects of
7  28 U.S.C. § 1915(g), and that because Plaintiff did not avail himself of the
8  opportunity to pay the $405 filing fee, he was unable to proceed with this action.
9  ECF No. 10 at 1-2.

10  Plaintiff's construed Motion for Reconsideration and supplements are
11  difficult to decipher. In his first supplement, Plaintiff "respectfully compells [sic]
12  this Honorable Court for further investigations[.]" ECF No. 13 at 2. However, he
13  does not appear to present any newly discovered evidence, demonstrate that the
14  Court committed clear error, or show that the Order dismissing this action was
15  manifestly unjust. *See* ECF Nos. 12, 13, 14. There has also been no intervening
16  change in controlling law, and Plaintiff pleads no other circumstances warranting
17  reconsideration. *Id*. Therefore, Plaintiff's construed Motion for Reconsideration,
18  ECF No. 12, is denied.

19  Accordingly, **IT IS ORDERED:**

20  1. Plaintiff's construed Motion for Reconsideration, **ECF No. 12,** is
21  **DENIED.**

ORDER - 3

2.	The file shall **REMAIN** closed. The Court shall entertain no further documents in this case, other than a notice of appeal of the Court's ruling regarding the construed Motion for Reconsideration, and the Clerk of Court shall note no further motions or petitions for hearing in this case.

3.	The Court certifies that any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and provide a copy to Plaintiff.

DATED April 15, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 4